UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRIDGET DANIELLE WOODLE,

  Plaintiff,

v.              Case No. 3:19-cv-518-J-34PDB

ANDREW M. SAUL, Commissioner
of the Social Security Administration,

  Defendant.

## O R D E R

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 14; Report), entered by the Honorable Patricia D. Barksdale, United States Magistrate Judge, on July 31, 2020. In the Report, Judge Barksdale recommends that the Commissioner's decision be affirmed. See Report at 14. No objections to the Report have been filed, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993; See also 28 U.S.C. § 636(b)(1)). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:08-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 14) is **ADOPTED** as the opinion of the Court.

2. The Commissioner's decision is **AFFIRMED**.

3. The Clerk of the Court is directed to enter judgment under sentence four of 42 U.S.C. § 405(g) for the Commissioner and against Bridget Danielle Woodle.

4. The Clerk of the Court is further directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 18th day of August, 2020.

MARCIA MORALES HOWARD
United States District Judge

ja
Copies to:
Counsel of Record